

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00634-CV

**$1,858.04 U.S. CURRENCY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12844
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED April 17, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice